**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Eugene and Janine Jensen, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Case No. 4:10-cv-034 |
| Defendant. | ) | |

_____

The court held a status conference with the parties on March 1, 2011. Pursuant to the parties discussions, the court shall suspend all interim pretrial deadlines. The parties are to report back to the court by April 18, 2011, on the status of their settlement efforts.

**IT IS SO ORDERED.**

Dated this 1st day of March, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge